JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, | Case: 2:16-CV-01379-R-PJW |
| Plaintiff, | **ORDER** |
| v. | |
| TERRY MULLIN, in his individual and representative capacity as trustee of the Terry And Sharon Mullin Flip Charitable Remainder Unitrust #1; STOCK BUILDING SUPPLY WEST, LLC, a Utah Limited Liability Company; and Does 1-10, | |
| Defendants, | |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 30, 2016

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE

1